**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**MANDI LYNNE PATTERSON,**
                **Plaintiff,**

     **v.**                                  **5:11-CV-1143**
                                               **(MAD/DEP)**
**MICHAEL J. ASTRUE, Commissioner of**
**Social Security,**

                **Defendant.**

---

**APPEARANCES:**                             **OF COUNSEL:**

OLINSKY LAW GROUP                KAREN S. SOUTHWICK, ESQ.
One Park Place
300 South State Street
Syracuse, New York 13202
*Attorneys for Plaintiff*

HON. RICHARD S. HARTUNIAN      VERNON NORWOOD, ESQ.
United States Attorney                 Special Ass't U.S. Attorney
Northern District of New York
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261-7198
*Attorney for Defendant*

**MAE A. D'AGOSTINO, U. S. DISTRICT JUDGE**

**<u>ORDER</u>**

      The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 24th day of January 2013. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Plaintiff is granted judgment on the pleadings and the Commissioner's motion for judgment on the pleadings is denied.

3. The Clerk is directed to close the case and enter judgment accordingly.

4. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case

**IT IS SO ORDERED.**

Dated: February 14, 2013
       Albany, New York

_____
Mae A. D'Agostino
U.S. District Judge